**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

**Kenzi Ordaz-Monarrez et al,**

**Plaintiffs,**

**v.** **Case No. 26-1148-JWL**

**Richard Lehman and**
**Integris Health Woodward,**

**Defendants.**

**MEMORANDUM AND ORDER**

This matter is presently before the court on defendant Integris Health Woodward's amended motion to dismiss plaintiffs' complaint for lack of personal jurisdiction and improper venue (doc. 6). For the reasons set forth below, the motion is granted.

On September 28, 2026, defendant Integris Health Woodward filed an amended motion to dismiss plaintiffs' complaint for lack of personal jurisdiction and improper venue. Plaintiffs did not file a response to defendant's motion within the time period provided in Local Rule 6.1(d)(1). Thus, the court could have considered and decided defendant's motion as an uncontested motion and could have granted the motion without further notice to plaintiffs. *See* D. Kan. Rule 7.1(c). Nonetheless, in an abundance of caution, the court issued an order directing plaintiffs to show good cause in writing to the court, on or before November 13, 2026 why they failed to respond to the motion to dismiss in a timely fashion. The court further directed plaintiffs to respond to the motion to dismiss on or before November 13, 2026. The court cautioned plaintiffs that the court would consider and decide the motion as uncontested if

they failed to respond to the order to show cause. As of the date of this order, plaintiffs have not filed a response to the show cause order and have not filed a response to defendant's motion to dismiss.

The court concludes that dismissal of plaintiffs' complaint against defendant Integris Health Woodward is warranted based on the fact that that plaintiff has not responded to the motion or the court's show cause order despite having ample opportunity to do so. *See* D. Kan. Rule 7.1(c).

That leaves plaintiffs' claims against the individual defendant. On September 8, 2026, the magistrate judge granted plaintiffs a 30-day extension of time to serve both defendants. On September 18, 2026, an alias summons was issued as to defendant Richard Lehman. No return of service is shown for that defendant. Therefore, plaintiffs are directed to advise the court no later than **Wednesday, November 25, 2026** whether they intend to pursue their claims against defendant Richard Lehman and, if so, what steps they have taken to pursue those claims. If plaintiffs fail to contact the court about their claims against this defendant, the court will dismiss the complaint against defendant Richard Lehman for failure to prosecute without further notice to plaintiffs.

**IT IS THEREFORE ORDERED BY THE COURT THAT** defendant Integris Health Woodward's amended motion to dismiss plaintiffs' complaint (doc. 6) is **granted**. And defendant Integris Health Woodward's initial motion to dismiss plaintiffs' complaint (doc. 5) is **moot.**

**IT IS FURTHER ORDERED BY THE COURT THAT** plaintiffs are directed to advise the court no later than **Wednesday, November 25, 2026** whether they intend to pursue their claims against defendant Richard Lehman and, if so, what steps they have taken to pursue those claims.

**IT IS SO ORDERED.**

Dated this 16th day of November, 2026, at Kansas City, Kansas.

s/John W. Lungstrum
HON. JOHN W. LUNGSTRUM
United States District Judge